**Opinion issued October 3, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-23-00684-CV**
_____

**IN RE ROBERT C. FORAN, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Robert C. Foran, has filed a petition for writ of mandamus challenging the trial court's denial of Foran's no-evidence motion for summary judgment.[1] We deny the petition.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.

---

[1] The underlying case is *Preferred Ready-Mix, LLC v. Texcon Ready Mix, Inc.*, cause number 2020-77612, pending in the 157th District Court of Harris County, Texas, the Honorable Tanya Garrison presiding.